

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-15-00056-CR |
| State, | § | Appeal from the |
| v. | § | 205th District Court |
| FRANCES MUTEI, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20140D03917) |
| | § | |
| | § | |

THE STATE OF TEXAS,

State,

v.

FRANCES MUTEI,

Appellee.

No. 08-15-00056-CR

Appeal from the

205th District Court

of El Paso County, Texas

(TC# 20140D03917)

**O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **August 14, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before August 14, 2015.

IT IS SO ORDERED this 30th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.